# PELTON & ASSOCIATES, PC

ATTORNEYS AT LAW

111 BROADWAY, SUITE 901, NEW YORK, NY 10006

PHONE: (212) 385-9700 | FAX: (212) 385-0800 | WEBSITE: www.peltonlaw.com

**BRENT E. PELTON**  
(212) 385-9700  
E-MAIL: pelton@peltonlaw.com

January 2, 2012

FILE NO.  
1372-01

<u>VIA ECF</u>

The Honorable Brian M. Cogan  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re: <u>*Persaud, et al. v. Greenberg, et al.,* 11-cv-3871 (BMC)</u>

Dear Judge Cogan:

    This firm represents Ragunath Persaud, et al. ("Plaintiffs") with respect to their unpaid wage claims against Fred Greenberg, et al. ("Defendants"). There is an Inquest scheduled before the Court for January 3, 2012 at 9:30 a.m. The parties submit this joint letter to inform Your Honor that they have reached a Settlement Agreement in principal which will resolve Plaintiffs' unpaid wage claims against Defendants and obviate the need for an Inquest. The parties have agreed upon all material terms and exchanged a draft Settlement Agreement.

    We appreciate Your Honor's repeated willingness to adjourn the Inquest, which has facilitated resolution of this action through settlement. Both parties will plan to appear before Your Honor tomorrow morning at 9:30 a.m. to place the settlement on the record unless we hear otherwise. Please contact the undersigned at (212) 385-9700 should you have any questions regarding this submission.

    Respectfully submitted,

    */s/ Brent E. Pelton*

    Brent E. Pelton of  
    PELTON & ASSOCIATES, PC

cc: Howard Schragin, Esq. *(via ECF)*